IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN WALLACE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:11-CV-1037-M (BF) |
| § | |
| THE CITY OF CARROLLTON and § | |
| UNKNOWN POLICE OFFICERS, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant The City of Carrollton's ("Defendant") Motion for Judgment on the Pleadings (doc. 23) is granted and Plaintiff's federal civil rights claims against Defendant are dismissed with prejudice. Additionally, Plaintiff's pendent state law claims against Defendant are dismissed without prejudice.

**SO ORDERED** this 30th day of November, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS